```
#65909-3-104
TIMOTHY J. SCHMAL, ESQ.  #104874
BURLEIGH E. SABIN, ESQ.  #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF
GILROY, POLICE CHIEF DENISE TURNER,
CAPTAIN SCOT SMITHEE, OFFICER
RODRIGUEZ, SERGEANT WES STANFORD,
OFFICER JAQUEZ, OFFICER HEATH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al. | Case No. C09-00740 JW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCLOSURE OF EXPERT WITNESS DATE |
| vs. | |
| CITY OF GILROY, et al., | Complaint Filed: 2/19/09 |
| Defendants. | Trial Date: Not Yet Assigned |
| | [JURY TRIAL DEMANDED] |

The parties have conducted extensive discovery in this case, and such discovery is ongoing. The parties have also repeatedly met and conferred with regard to discovery, through their counsel, including expert discovery. There is no trial date yet set in this matter, though there is a deadline for filing of dispositive motions at the end of August, 2010, and a Preliminary Pretrial Conference with Judge Ware, set for Monday, June 28, 2010. Regular, non-expert discovery is still ongoing, but will not conclude until as late as August 2, 2010, based upon Judge Ware's

1  Scheduling Order, dated June 30, 2009.  Since experts base their
2  opinions, in part, upon evidence obtained via non-expert discovery,
3  which will not be concluded until August 2, 2010, counsel have
4  agreed that the Disclosure of Expert Witnesses, slated for this
5  month, is somewhat premature for this case.
6       IT IS THEREBY STIPULATED, BY AND BETWEEN THE PARTIES, that the
7  Disclosure of Expert Witnesses, current scheduled for May 31, 2010,
8  shall be continued thirty (30) days, to June 30, 2010.  The parties
9  further stipulate to a thirty (30) day continuance to the exchange
10 and lodging of any and all required expert reports (Fed. R. Civ. P.
11 26(a)(2)(B)).
12      All remaining dates and deadlines (e.g., rebuttal experts and
13 objection to experts' qualifications), including the date of the
14 June 28, 2010 Preliminary Pretrial Conference with Judge Ware,
15 shall remain unchanged from the Scheduling Order dated June 30,
16 2009.

18 Date:   May 26, 2010            CASPER, MEADOWS, SCHWARTZ & COOK

20                                         /s/
                                 ─────────────────────────────
                                 BY: ANDREW C. SCHWARTZ
21                               Attorneys for Plaintiffs,
                                 ESTATE OF GURMIT SINGH, et al.

23
24 Date:   May 26, 2010            BURTON, SCHMAL & DiBENEDETTO, LLP

26                                         /s/
                                 ─────────────────────────────
                                 BY:  TIMOTHY J. SCHMAL
                                 Attorneys for CITY OF GILROY, POLICE
27                               CHIEF DENISE TURNER, CAPTAIN SCOT
                                 SMITHEE, OFFICER RODRIGUEZ, SERGEANT
28                               WES STANFORD, OFFICER JAQUEZ,
                                 OFFICER HEATH.

## ORDER

The Disclosure of Expert Witnesses, current scheduled for May 31, 2010, including the exchange and lodging of any and all required expert reports (Fed. R. Civ. P. 26(a)(2)(B)), shall be continued thirty (30) days, to June 30, 2010.

IT IS SO ORDERED.

Date: June 3, 2010

THE HONORABLE JAMES WARE,
JUDGE OF THE U.S. DISTRICT COURT.