```
#65909-3-104
TIMOTHY J. SCHMAL, ESQ.   #104874
BURLEIGH E. SABIN, ESQ.   #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF
GILROY, POLICE CHIEF DENISE TURNER,
CAPTAIN SCOT SMITHEE, OFFICER
RODRIGUEZ, SERGEANT WES STANFORD,
OFFICER JAQUEZ, OFFICER HEATH
```

**DENIED WITHOUT PREJUDICE**
/s/ Judge James Ware
7/19/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF GILROY, et al.,<br><br>           Defendants. | Case No. C09-00740 JW<br><br>**JOINT REQUEST FOR SETTING OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: 2/19/09<br>Trial Date:  12/7/10<br><br>[JURY TRIAL DEMANDED] |

TO:  THE HONORABLE JAMES WARE:

    All parties hereto, through their respective counsel, request that the Court set this matter for a Case Management Conference. For purposes of setting same, counsel would request that such conference be set other than the weeks of July 26 and August 2, due to counsel's pre-paid vacation.

    RESPECTFULLY SUBMITTED,

Date:  July 12, 2010        CASPER, MEADOWS, SCHWARTZ & COOK

                                              /s/
                                       BY:  ANDREW C. SCHWARTZ
                                       Attorneys for Plaintiff,
                                       ESTATE OF GURMIT SINGH, et al.

```
Date:   July 12, 2010              BURTON, SCHMAL & DiBENEDETTO, LLP


                                            /s/
                                   _____
                                   BY:  TIMOTHY J. SCHMAL
                                        BURLEIGH E. SABIN
                                   Attorneys for Defendants,
                                   CITY OF GILROY, POLICE CHIEF DENISE
                                   TURNER, CAPTAIN SCOT SMITHEE, SERGEANT
                                   STANFORD, OFFICER RODRIGUEZ, OFFICER
                                   JAQUEZ, and OFFICER HEATH.
```

**IT IS SO ORDERED:**

The stipulation is denied without prejudice for failure to articulate the reasons for such a request and the Court's unavailability for the requested dates. The parties may request a case management conference for August 30, 2010 at 10:00 AM or a further date available before the Court with adequate reasons to request the conference.

Dated: July 19, 2010

_____
United States District Judge

---

2
JOINT REQUEST FOR SETTING OF CASE MANAGEMENT CONF. ...        [C09-00740 JW]