```
#65909-3-104
TIMOTHY J. SCHMAL, ESQ.   #104874
BURLEIGH E. SABIN, ESQ.   #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF
GILROY, POLICE CHIEF DENISE TURNER,
CAPTAIN SCOT SMITHEE, OFFICER
RODRIGUEZ, SERGEANT WES STANFORD,
OFFICER JAQUEZ, OFFICER HEATH
```

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*
8/10/2010

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al. | ) Case No. C09-00740 JW )<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO CONTINUE TRIAL AND**<br>) **SET POST-ADR CASE MANAGEMENT**<br>) **CONFERENCE**<br>) |
| Plaintiffs, | |
| vs. | |
| CITY OF GILROY, et al., | )<br>) Complaint Filed: 2/19/09<br>) Trial Date: 12/8/10<br>) <br>) **[JURY TRIAL DEMANDED]** |
| Defendants. | |

The parties have conducted extensive discovery in this case, and such discovery is ongoing. The parties have also repeatedly met and conferred with regard to discovery, through their counsel, including expert discovery. This is a highly complex, multi-party fatal police shooting case.

By order issued June 24, 2010, the Court set this matter for jury trial scheduled to commence on December 8, 2010, with jury selection set for December 7, 2010, a Final Pretrial Conference set for November 22, 2010, and associated deadlines. The parties, through their counsel, filed a Stipulation, on July 12, 2010,

1  jointly requesting a setting of a case management conference in
2  this matter, which the Court denied, without prejudice, by order
3  dated July 19, 2010, asking the parties to specify the purpose of
4  the conference.

### ALTERNATIVE DISPUTE RESOLUTION

At an early stage during the pendency of this case, the matter was referred to Alternative Dispute Resolution Administrator Daniel Bowling, who conducted multiple conference calls with all counsel, and filed reports with the Court.  The parties through their counsel elected not to hold any formal ADR in this case, and Mr. Bowling confirmed that by his reports to the Court, most recently on December 29, 2009.

The parties have now agreed to proceed with <u>private mediation</u> in this case, and, due to availability issues, have not been able to set a date any earlier than <u>October 1</u>.  The parties have therefore now set an all-day mediation with San Jose attorney mediator Charlie Hawkins for <u>Friday, October 1, 2010</u>.

### REQUEST FOR VACATING OF TRIAL AND RELATED DATES AND SETTING OF NEW CASE MANAGEMENT CONFERENCE DATE

In order for the parties to meaningfully explore amicable resolution, through private mediation, the parties hereby request that the Court vacate the December jury trial date, associated conferences and deadlines, and set this matter for a case management conference, for some time after the October 1, 2010 private mediation.

Date:   July 27, 2010          /s/ - "Karen L. Snell"
                               KAREN LEIGH SNELL
                               Attorneys for Plaintiffs,
                               ESTATE OF GURMIT SINGH, et al.

2
STIP. & [PROPOSED] ORDER TO CONT. TRIAL AND SET POST-ADR CMC 09-00740   JW

```
Date:   July 27, 2010            BURTON, SCHMAL & DiBENEDETTO, LLP


                                     /s/ - "Burleigh Sabin"
                                 BY: BURLEIGH E. SABIN
                                 Attorneys for CITY OF GILROY, POLICE
                                 CHIEF DENISE TURNER, CAPTAIN SCOT
                                 SMITHEE, OFFICER RODRIGUEZ, SERGEANT
                                 WES STANFORD, OFFICER JAQUEZ,
                                 OFFICER HEATH.
```

### ORDER

The December 8, 2010 jury trial date, and associated appearances and deadlines, set forth in this Court's Order of July 19, 2010, are hereby vacated. This matter will now be set for a case management conference to be held on **October 18, 2010 at 10:00 AM.** On or before **October 8, 2010**, the parties shall file a joint case management conference statement updating the Court on their settlement efforts and providing an alternate proposed trial schedule.

IT IS SO ORDERED.

Date:  August 10, 2010                _____
                                      THE HONORABLE JAMES WARE,
                                      JUDGE OF THE U.S. DISTRICT COURT.