Andrew C. Schwartz (CA SBN 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:     (925) 947-1147
Facsimile:     (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Karen L. Snell (CA SBN 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
E-Mail: ksnell@clarencedyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, PARAMJIT KAUR, S.K., a minor, by and through her guardian ad litem, Paramjit Kaur, and A. S., a minor, by and through his guardian ad litem, Paramjit Kaur,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GILROY, OFFICER RODRIGUEZ, individually and in his capacity as a police officer for the City of Gilroy, DENISE TURNER, in her official capacity as Chief of the Gilroy Police Department, SCOT SMITHEE, individually and in his official capacity as Acting Chief of the Gilroy Police Department, and DOES 1 through 50, | Case No.: C09-00740 JW<br><br>**STIPULATION AND ORDER RE: DUE DATE FOR SUMMARY JUDGMENT OPPOSITION AND REPLY PAPERS** |

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Singh vs. City of Gilroy, et al.*
STIPULATION AND ORDER RE: MSJ DUE DATES

Page 1

Department, and DOES 1 through 50,

TO THE HONORABLE JAMES WARE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, which is currently set for hearing on February 28, 2011, shall be due November 5, 2010. Defendants' Reply shall be due fourteen (14) days thereafter, on November 19, 2010.

IT IS SO STIPULATED.

DATED: September 13, 2010

/s/ - "Andrew C. Schwartz"
ANDREW C. SCHWARTZ, ESQ.
KAREN L. SNELL, ESQ.
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

DATED: September 13, 2010

TIMOTHY SCHMAL, ESQ.
BURLEIGH SABIN, ESQ.
BURTON, SCHMAL & DIBENEDETTO, LLP
Attorneys for Defendants

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

DATED: September 15, 2010

HON. JAMES WARE

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL (925) 947-1147
FAX (925) 947-1131

Singh vs. City of Gilroy, et al.
STIPULATION AND ORDER RE: MSJ DUE DATES
Page 2