IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Estate of Gurmit Singh, et al., | NO. C 09-00740 JW |
|       Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| City of Gilroy, et al., | |
|       Defendants. | |

This case is scheduled for a Case Management Conference on October 18, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties have duly submitted a Case Management Statement. (See Docket Item No. 58.)

Defendants have filed a Motion for Summary Judgment currently set for hearing on February 28, 2011 (See Docket Item No. 48.) In light of Defendants' pending dispositive Motion, the Court finds that an interim Conference unnecessary at this time. Accordingly, the Court VACATES the October 18 Conference. The Court will set a new Case Management Conference date in its Order addressing Defendants' pending Motion for Summary Judgment, if necessary.

Dated: October 13, 2010

JAMES WARE  
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Charles Schwartz schwartz@cmslaw.com
Karen Leigh Snell ksnell@clarencedyer.com
Timothy James Schmal TSchmal@bvsllp.com

| | |
|---|---|
| **Dated: October 13, 2010** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |