```
#65909-3-104
TIMOTHY J. SCHMAL, ESQ.   #104874
BURLEIGH E. SABIN, ESQ.   #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA   95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF
GILROY, POLICE CHIEF DENISE TURNER,
CAPTAIN SCOT SMITHEE, OFFICER
RODRIGUEZ, SERGEANT WES STANFORD,
OFFICER JAQUEZ, OFFICER HEATH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al. | Case No. C09-00740 JW |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER RE: DUE DATE FOR DEFENDANTS' SUMMARY JUDGMENT REPLY PAPERS |
| vs. | |
| CITY OF GILROY, et al., | Hearing Date: 2/28/11 |
| Defendants. | Hearing Time: 9:00 a.m. |
| | Courtroom: 8 |
| | Judge: Hon. James Ware |
| | Complaint Filed: 2/19/09 |
| | Trial Date: Not Yet Assigned |
| | [JURY TRIAL DEMANDED] |

The parties hereto, by and through their respective counsel, stipulate and agree that defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, which is currently set for hearing on February 28, 2011, shall be due December 3, 2010. Per the parties' prior Stipulation and Order [signed by Judge Ware on September 15, 2010] in regards to Defendants' Motion for Summary Judgment, Plaintiffs' Opposition to Defendants' Motion for Summary

Judgment, or, in the alternative, Partial Summary Judgment, remains due on or before November 5, 2010.

Date: 10/21/10         /s/ KAREN LEIGH SNELL
                       KAREN LEIGH SNELL
                       Attorneys for Plaintiffs,
                       ESTATE OF GURMIT SINGH, et al.


                       CASPER, MEADOWS, SCHWARTZ & COOK

Date: 10/21/10         /s/ ANDREW C. SCHWARTZ
                       ANDREW C. SCHWARTZ
                       Attorneys for Plaintiffs,
                       ESTATE OF GURMIT SINGH, et al.


Date: 10/21/10         BURTON, SCHMAL & DiBENEDETTO, LLP


                       /s/ BURLEIGH E. SABIN
                       BY:  TIMOTHY J. SCHMAL
                            BURLEIGH E. SABIN
                       Attorneys for CITY OF GILROY, POLICE
                       CHIEF DENISE TURNER, CAPTAIN SCOT
                       SMITHEE, OFFICER RODRIGUEZ, SERGEANT
                       WES STANFORD, OFFICER JAQUEZ,
                       OFFICER HEATH.


### ORDER

Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, scheduled for hearing on February 28, 2011, shall now be due December 3, 2010.

IT IS SO ORDERED.
This is a final extension.

Date: October 25, 2010

                       THE HONORABLE JAMES WARE,
                       JUDGE OF THE U.S. DISTRICT COURT.

STIP. & [PROPOSED] ORDER RE:  MSJ REPLY PAPERS          09-00740   JW