```
#65909-3-104
TIMOTHY J. SCHMAL, ESQ.  #104874
BURLEIGH E. SABIN, ESQ.  #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF
GILROY, POLICE CHIEF DENISE TURNER,
CAPTAIN SCOT SMITHEE, OFFICER
RODRIGUEZ, SERGEANT WES STANFORD,
OFFICER JAQUEZ, OFFICER HEATH
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF GILROY, et al.,<br><br>        Defendants. | Case No. C09-00740 EJD<br><br>**JOINT REQUEST, STIPULATION, AND [~~PROPOSED~~] ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  2/19/09<br>Trial Date:  9/13/11<br><br>**[JURY TRIAL DEMANDED]** |

TO:   THE HONORABLE EDWARD J. DAVILA:

All parties hereto, through their respective counsel, request that the Court set this matter for a Case Management Conference on Friday, July 15, 2011, at 10:00 a.m. This case is currently set for jury trial scheduled to commence on September 13, 2011, but the Pre-Trial Conference date that was set for August 29, 2011, has been vacated by the reassignment orders, and all interim deadline dates have been vacated as well. The parties filed a Joint Case Management Statement on May 5, 2011, as required by the Court, seeking clarification of the issues herein, but received no Case

Management Order from the Court.  Further, counsel has been advised, by Court staff, that criminal cases have received preferential trial setting on Judge Davila's docket through the remainder of 2011.

Therefore counsel and the parties wish to resolve, with the Court, the apparent discrepancies in the current case scheduling orders, and wish to assure an appropriate setting of the jury trial in this matter, for a date certain.

RESPECTFULLY SUBMITTED,

Date:  June 28, 2011         CASPER, MEADOWS, SCHWARTZ & COOK


                             _____/ Signed /_____
                             BY:  ANDREW C. SCHWARTZ
                             Attorneys for Plaintiff,
                             ESTATE OF GURMIT SINGH, et al.

Date:  June 28, 2011         BURTON, SCHMAL & DiBENEDETTO, LLP


                             _____/ Signed /_____
                             BY:  TIMOTHY J. SCHMAL
                                  BURLEIGH E. SABIN
                             Attorneys for Defendants,
                             CITY OF GILROY, POLICE CHIEF DENISE
                             TURNER, CAPTAIN SCOT SMITHEE, SERGEANT
                             STANFORD, OFFICER RODRIGUEZ, OFFICER
                             JAQUEZ, and OFFICER HEATH.

**ORDER**

This case is hereby set for a Case Management Conference on <u>Friday, July 15, 2011, at 10:00 a.m.</u>, in the San Jose Courthouse, Courtroom 1, 5th Floor, 280 South 1st Street, San Jose.

IT IS SO ORDERED.

Date:  ___June 30, 2011___        _____/s/ Edward J. Davila_____
                                  THE HONORABLE EDWARD DAVILA,
                                  JUDGE OF THE U.S. DISTRICT COURT.