1  #65909-3-104
   TIMOTHY J. SCHMAL, ESQ.  #104874
2  ASHLEY B. WHEELOCK, ESQ.  #241965
   BURTON, SCHMAL & DiBENEDETTO, LLP
3  133 Mission Street, Suite 102
   Santa Cruz, CA  95060
4  Phone: (831)425-5023
   Facsimile: (831)427-3159
5
   Attorneys for Defendants, CITY OF
6  GILROY, POLICE CHIEF DENISE TURNER,
   CAPTAIN SCOT SMITHEE, OFFICER
7  RODRIGUEZ, SERGEANT WES STANFORD,
   OFFICER JAQUEZ, OFFICER HEATH
8

**IT IS SO ORDERED**

*[signature]* Judge Edward J. Davila

7/6/2011

              IN THE UNITED STATES DISTRICT COURT
9
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al., | ) Case No. C09-00740 EJD |
| | ) |
| | ) **STIPULATION OF DISMISSAL OF** |
| Plaintiffs, | ) **DEFENDANTS, POLICE CHIEF** |
| | ) **DENISE TURNER and CAPTAIN** |
| vs. | ) **SCOTT SMITHEE; ORDER** |
| | ) |
| CITY OF GILROY, et al., | ) |
| | ) Complaint Filed: 2/19/09 |
| Defendants. | ) |
| | ) [JURY TRIAL DEMANDED] |
| | ) |

19      Defendants, POLICE CHIEF DENISE TURNER and CAPTAIN SCOT

20  SMITHEE, and Plaintiffs ESTATE OF GURMIT SINGH, et al., by and

21  through their counsel, stipulate as follows:

22      1.  Plaintiffs will voluntarily dismiss the above-captioned

23  court case, with prejudice, as to Defendants POLICE CHIEF DENISE

24  TURNER and CAPTAIN SCOT SMITHEE, only.

25      2.  Defendants will not seek recovery of any attorneys' fees

26  or costs incurred in the defense of this case to date as a result

27  of Plaintiffs' voluntary dismissal of this portion of the court

28  case.

3. Each side to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Date: _____        CASPER, MEADOWS, SCHWARTZ & COOK

                              _____
                              BY: ANDREW C. SCHWARTZ,
                              Attorneys for Plaintiffs.

Date: _6/1/11_                LAW OFFICES OF KAREN SNELL

                              _Karen Snell_____
                              BY: KAREN SNELL,
                              Attorneys for Plaintiffs.

Date: _6/26/11_               BURTON, SCHMAL & DiBENEDETTO, LLP

                              _____
                              BY: TIMOTHY J. SCHMAL
                              Attorneys for Defendants,
                              CITY OF GILROY, POLICE CHIEF DENISE
                              TURNER, CAPTAIN SCOT SMITHEE, OFFICER
                              RODRIGUEZ, SERGEANT WES STANFORD,
                              OFFICER JAQUEZ, OFFICER HEATH

ORDER

IT IS SO ORDERED. _____.

Date: _____        _____
                              THE HONORABLE EDWARD DAVILA,
                              JUDGE OF THE U.S. DISTRICT COURT.

STIPULATION OF DISMISSAL OF DEFENDANTS; ORDER        [C09-00740 EJD]

3.   Each side to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Date: _____6/14/11_____

CASPER, MEADOWS, SCHWARTZ & COOK

BY: ANDREW C. SCHWARTZ,
Attorneys for Plaintiffs.

Date: _____

LAW OFFICES OF KAREN SNELL

BY: KAREN SNELL,
Attorneys for Plaintiffs.

Date: _____6/26/1_____

BURTON, SCHMAL & DiBENEDETTO, LLP

BY:   TIMOTHY J. SCHMAL
Attorneys for Defendants,
CITY OF GILROY, POLICE CHIEF DENISE
TURNER, CAPTAIN SCOT SMITHEE, OFFICER
RODRIGUEZ, SERGEANT WES STANFORD,
OFFICER JAQUEZ, OFFICER HEATH

O R D E R

IT IS SO ORDERED.

Date:     July 6, 2011

THE HONORABLE EDWARD DAVILA,
JUDGE OF THE U.S. DISTRICT COURT.

STIPULATION OF DISMISSAL OF DEFENDANTS; ORDER          [C09-00740 EJD]