IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GILROY, et al., <br><br> Defendants. | Case No. C09-00740 EJD <br><br> [~~PROPOSED~~] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE <br><br> Case Management Conference <br> Date: 7/15/2011 <br><br> New Trial Date: 3/12/2012 <br> Vacated Trial Date: 9/13/2011 <br><br> Complaint Filed: 2/19/09 <br> [JURY TRIAL DEMANDED] |

A Case Management Conference was held in this matter on July 15, 2011 at 10:00 a.m. Andrew C. Schwartz and Karen L. Snell appeared on behalf of Plaintiffs; Timothy J. Schmal appeared on behalf of Defendants.

The previously-set trial date of September 13, 2011 is hereby vacated. A new trial date of March 12, 2012 has been scheduled, based upon the dates set forth in the Court's electronic mail message of July 15, 2011, at 10:41 a.m. The times set forth in the July 15, 2011 Civil Minutes, e-filed as document 84 in this matter,

are corrected as follows, with trial to proceed with jury selection on March 12, 2012, commencing at 9:00 a.m., and the jury trial set for March 13, 2012, at 9:00 a.m., all day, March 14, 2012, at 9:00 a.m., all day, March 15, 2012, from 9:00 a.m. to 12:00 p.m., March 19, 2012, from 9:00 a.m. to 12:00 p.m., March 20, 2012, at 9:00 a.m., all day, March 21, 2012, at 9:00 a.m., all day, March 22, 2012, from 9:00 a.m. to 12:00 p.m., March 26, 2012, from 9:00 a.m. to 12:00 p.m., March 27, 2012, at 9:00 a.m., all day, and March 28, 2012, at 9:00 a.m., all day.

All pre-trial deadlines shall be per the Standing Order re: Pretrial Preparation of March 25, 2011. The parties' Joint Pretrial Statement and Proposed Order, Motions *in Limine*, and other exchanges are thus due on January 27, 2012, and the Court will hold the Final Pretrial Conference in this matter on February 10, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Date: ___August 2___, 2011

_____
THE HONORABLE EDWARD J. DAVILA,
UNITED STATES DISTRICT COURT.