[#65909-3-104]
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF GILROY, POLICE OFFICER RODRIGUEZ, SERGEANT WES STANFORD, OFFICER JAQUEZ, OFFICER HEATH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al. | Case No. C09-00740 EJD |
| Plaintiffs, | **STIPULATION AND ORDER RE: DATE FOR JURY MATERIALS, PRE-TRIAL FILING OPPOSITION AND OBJECTION PAPERS** |
| vs. | |
| CITY OF GILROY, et al., | |
| Defendants. | |
| | Complaint Filed: 2/19/09 |
| | Trial Date: 3/12/2012 |
| | **[JURY TRIAL DEMANDED]** |

TO: THE HONORABLE EDWARD J. DAVILA OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that the date of the parties' due date for filing of oppositions to motions *in limine*, as well as jury materials (inclusive of jury *voir dire* questions, proposed jury instructions and proposed verdict

forms), all of which are presently due January 31, 2012, shall be due February 2, 2012. The parties request an order from this Court affirming such stipulation in light of the fact that the present due date related to same leave the parties only two business days to research, draft and file oppositions and objections to the other parties' pre-trial filings, which are due on Friday, January 27, 2012. (That would otherwise leave only Monday, January 30 and Tuesday, January 31, 2012, as regular business days to prepare such materials.) If granted, this requested resetting would still allow a full 8 calendar and 6 Court days before the final Pre-Trial Conference, now set for Friday, February 10, 2012.

The stipulated extension as to jury materials is therefore requested as a matter of economy for the parties and the Court.

IT IS SO STIPULATED.

Date: 1/12/12   CASPER, MEADOWS, SCHWARTZ & COOK

/s/ signature on file
BY: ANDREW C. SCHWARTZ
Attorneys for Plaintiffs,
ESTATE OF GURMIT SINGH, et al.

Date: 1/12/12   BURTON, SCHMAL & DiBENEDETTO, LLP

BY: TIMOTHY J. SCHMAL
Attorneys for CITY OF GILROY, OFFICER RODRIGUEZ, SERGEANT WES STANFORD, OFFICER JAQUEZ, OFFICER HEATH.

**ORDER**

IT IS SO ORDERED.

Date: January 17, 2012

THE HONORABLE RICHARD DAVILA,
JUDGE OF THE U.S. DISTRICT COURT.