UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, ET AL., | Case No.: 5:10-CV-3124 EJD |
| Plaintiffs, | **ORDER GRANTING MOTION TO SEAL** |
| v. | |
| | **(Re: Docket No. 123)** |
| CITY OF GILROY, ET AL., | |
| Defendants. | |

On February 2, 2012, Plaintiffs filed a motion to file under seal (1) the document attached as Exhibit 4 to Plaintiffs' Opposition to Defendants' Motion in Limine To Exclude Any Evidence or Reference Concerning Defendant Eustaquio Rodriguez' Consultation with Counsel and attached as Exhibit 2 to Plaintiffs' Opposition to Defendants' Motion in Limine To Exclude Any Evidence Obtained by the Gilroy Police Department During Its Internal Affairs Investigation Concerning Officer Rodriguez' Use of Force Against Decedent Gurmit Singh and (2) references to that document in the above-listed opposition briefs. On February 10, 2012, the parties appeared before this court for a pretrial conference. For the reasons stated on the record at the pretrial conference, the court determines that this document contains sealable information.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion to seal is GRANTED. No later than February 17, 2012, Plaintiff shall file an unredacted version of these documents on ECF under seal,

1

Case No.: 5:10-CV-3124 EJD
ORDER GRANTING MOTION TO SEAL

1 and Plaintiff shall also file a redacted version of these documents in the public record.

2 Dated: February 10, 2012

EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:10-CV-3124 EJD
ORDER GRANTING MOTION TO SEAL