1  Andrew C. Schwartz (CA SBN 64578)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
2  A Professional Corporation
   California Plaza
3  2121 North California Blvd., Suite 1020
   Walnut Creek, California  94596
4  Telephone:     (925) 947-1147
   Facsimile:      (925) 947-1131
5  E-Mail: Schwartz@cmslaw.com

6  Karen L. Snell (CA SBN 100266)
   Attorney at Law
7  102 Buena Vista Terrace
   San Francisco, CA  94117
8  Telephone:  (415) 225-7592
9  Facsimile:  (415) 487-0748
   E-Mail: Ksnell@snell-law.com
10
   Attorneys for Plaintiffs
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

| 16 | ESTATE OF GURMIT SINGH, PARAMJIT KAUR, S.K., a minor, by and through her guardian ad litem, Paramjit Kaur, and A. S., a minor, by and through his guardian ad litem, Paramjit Kaur, | Case No.:  C09-00740 EJD |
|----|---|---|
| 17 | | |
| 18 | | [PROPOSED] ORDER GRANTING USE OF AUDIO/VISUAL EQUIPMENT FOR PRESENTATION AT TRIAL |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | CITY OF GILROY, OFFICER RODRIGUEZ, individually and in his capacity as a police officer for the City of Gilroy, and DOES 1 through 50, | |
| 23 | | |
| 24 | | |
| 25 | | |

26        The parties hereto, by and through their respective counsel of record, intend to bring in

27  and use audio/visual equipment for presentation of exhibits during the trial in this case, which

28  is scheduled to begin Monday, March 12, 2012.  The equipment that will be brought to court

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Singh vs. City of Gilroy, et al.*                                                                                                Page 1
              ORDER RE: USE OF AUDIO/VIDEO EQUIPMENT AT TRIAL

and used during the trial includes:

(1) 5 LCD computer monitors
(2) 1 small table
(3) 2 projector stands
(4) 1 projector screen
(5) 2 laptop computers
(6) Audio speakers and audio mixer
(7) Gaffers tape
(8) Cables
(9) Several video switches and power strips

GOOD CAUSE APPEARING, IT IS SO ORDERED that the parties, and their hired technicians, be allowed to bring in the above-referenced items for use at trial in this matter.

DATED: March __9__, 2012

_____
HON. EDWARD DAVILA
Judge of the Unites States District Court

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Singh vs. City of Gilroy, et al.*                                              Page 2
ORDER RE: USE OF AUDIO/VIDEO EQUIPMENT AT TRIAL