Andrew C. Schwartz (CA SBN 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Karen L. Snell (CA SBN 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
E-Mail: Ksnell@snell-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, PARAMJIT KAUR, S.K., a minor, by and through her guardian ad litem, Paramjit Kaur, and A. S., a minor, by and through his guardian ad litem, Paramjit Kaur,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF GILROY, OFFICER RODRIGUEZ, individually and in his capacity as a police officer for the City of Gilroy, and DOES 1 through 50, | Case No.: C09-00740 EJD<br><br>[PROPOSED] ORDER GRANTING USE OF AUDIO/VISUAL EQUIPMENT FOR PRESENTATION AT TRIAL |

The parties hereto, by and through their respective counsel of record, intend to bring in and use audio/visual equipment for presentation of exhibits during the trial in this case, which is scheduled to begin Monday, March 12, 2012. The equipment that will be brought to court

*Singh vs. City of Gilroy, et al.*                                                                              Page 1
ORDER RE: USE OF AUDIO/VIDEO EQUIPMENT AT TRIAL

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

and used during the trial includes:

(1) 5 LCD computer monitors

(2) 1 small table

(3) 2 projector stands

(4) 1 projector screen

(5) 2 laptop computers

(6) Audio speakers and audio mixer

(7) Gaffers tape

(8) Cables

(9) Several video switches and power strips

GOOD CAUSE APPEARING, IT IS SO ORDERED that the parties, and their hired technicians, be allowed to bring in the above-referenced items for use at trial in this matter.

DATED: March __9__, 2012

HON. EDWARD DAVILA
Judge of the Unites States District Court

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Singh vs. City of Gilroy, et al.*                                                                                              Page 2
ORDER RE: USE OF AUDIO/VIDEO EQUIPMENT AT TRIAL