UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GURMIT SINGH, ET AL. | No. 5:09-cv-00740 EJD |
| Plaintiffs,<br>v. | ORDER TO PAY ADDITIONAL ATTENDANCE FEE |
| CITY OF GILROY | |
| Defendant. | |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than thirty (30) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of thirty (30) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of thirty (30) days.

Dated: _____3/22/2012_____

Edward J. Davila
United States District Judge