United States District Court
For the Northern District of California

1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9      SAN JOSE DIVISION

10    ESTATE OF GURMIT SINGH, et. al.,          CASE NO. 5:09-cv-00740 EJD

11                                              **ORDER RE: PROPOSED JUDGMENT**
                   Plaintiff(s),
12         v.

13    CITY OF GILROY, et. al.,

14
                   Defendant(s).
15    _____/

16         This action having been tried before a jury and verdict having been rendered accordingly

17    (see Docket Item No. 189), the court hereby orders that Plaintiffs shall submit to the court a

18    proposed form of judgment on or before May 4, 2012.

19    **IT IS SO ORDERED.**

20

21    Dated:  April 23, 2012

                                              _____
22                                            EDWARD J. DAVILA
                                              United States District Judge
23

24

25

26

27

28

1

CASE NO. 5:09-cv-00740 EJD
ORDER RE: PROPOSED JUDGMENT