```
#65909-3-104
TIMOTHY J. SCHMAL, ESQ.   #104874
BURLEIGH E. SABIN, ESQ.   #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF
GILROY, OFFICER RODRIGUEZ, SERGEANT
STANFORD, OFFICER JAQUEZ, OFFICER HEATH
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al.<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF GILROY, et al.,<br><br>        Defendants. | Case No. C09-00740 EJD<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER RE: EXTENSION OF TIME TO**<br>**FILE PROPOSED JUDGMENT**<br><br>Complaint Filed: 2/19/09<br>Trial Date: 3/12/12<br><br>**[JURY TRIAL DEMANDED]** |

Having received the Court's Order re: Proposed Judgment, issued on April 23, the parties hereby stipulate and request that the Court order that Plaintiffs' submission of a proposed form or forms of judgment be submitted to the Court up through and including May 25, 2012, thereby continuing the deadline by three (3) weeks.

The parties, in an attempt to resolve this case – including the verdict, costs and attorneys' fees claims by Plaintiffs – have just mediated these issues with attorney mediator Charles F. Hawkins on Tuesday, May 1. The parties therefore respectfully request that the Court approve this proffered order to allow the

parties adequate time to resolve the above outstanding issues via a framework established through the mediation.

RESPECTFULLY SUBMITTED,

Date: May 2, 2012              CASPER, MEADOWS, SCHWARTZ & COOK


                               /s/ signature on file
                               BY:  ANDREW C. SCHWARTZ
                               Attorneys for Plaintiffs,
                               ESTATE OF GURMIT SINGH, et al.

Date: May 2, 2012


                               /s/ signature on file
                               BY:  KAREN L. SNELL
                               Attorneys for Plaintiffs,
                               ESTATE OF GURMIT SINGH, et al.


Date: May 2, 2012              BURTON, SCHMAL & DiBENEDETTO, LLP


                               /s/ signature on file
                               BY:  TIMOTHY J. SCHMAL
                                    BURLEIGH E. SABIN
                               Attorneys for Defendants,
                               CITY OF GILROY,, SERGEANT
                               STANFORD, OFFICER RODRIGUEZ, OFFICER
                               JAQUEZ, and OFFICER HEATH.

**ORDER**

IT IS SO ORDERED.

Date: May 4, 2012              _____
                               THE HONORABLE EDWARD DAVILA,
                               JUDGE OF THE U.S. DISTRICT COURT.