#65909-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants, CITY OF GILROY, OFFICER RODRIGUEZ, SERGEANT STANFORD, OFFICER JAQUEZ, OFFICER HEATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF GURMIT SINGH, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GILROY, et al., <br><br> Defendants. | Case No. C09-00740 EJD <br><br> STIPULATION AND [PROPOSED] ORDER VACATING PRIOR ORDER TO FILE PROPOSED JUDGMENT <br><br> Complaint Filed: 2/19/09 <br> Trial Date: 3/12/12 <br><br> [JURY TRIAL DEMANDED] |

As the parties reported to the Court, previously, this matter was mediated with attorney mediator Charles F. Hawkins on Tuesday, May 1. The parties are pleased to report to the Court that the matter has now amicably resolved, but it will take a little bit of time to prepare and submit settlement documents as appropriate. A portion of the settlement fund will be used to purchase an annuity for the minor plaintiffs, the structured settlement company will need to draft settlement documents as appropriate. Plaintiffs' attorneys will then need to petition this Court for approval of the "minors' compromise".

The parties therefore respectfully request that the Court

1

1  vacate its prior order of May 4 regarding the submittal of proposal
2  judgment(s) by May 25, since this matter will instead be resolved
3  via an order approved minors' compromise and an order dismissing
4  case.
5       RESPECTFULLY SUBMITTED,
6  Date:  May 21, 2012              CASPER, MEADOWS, SCHWARTZ & COOK

8                                   /s/ signature on file
                                    BY:  ANDREW C. SCHWARTZ
9                                   Attorneys for Plaintiffs,
                                    ESTATE OF GURMIT SINGH, et al.
10
   Date:  May 21, 2012
11

13                                   /s/ signature on file
                                    BY:  KAREN L. SNELL
                                    Attorneys for Plaintiffs,
14                                  ESTATE OF GURMIT SINGH, et al.

15
   Date:  May 21, 2012              BURTON, SCHMAL & DiBENEDETTO, LLP
16

18                                   /s/ signature on file
                                    BY:  TIMOTHY J. SCHMAL
                                         BURLEIGH E. SABIN
19                                  Attorneys for Defendants,
                                    CITY OF GILROY,, SERGEANT
20                                  STANFORD, OFFICER RODRIGUEZ, OFFICER
                                    JAQUEZ, and OFFICER HEATH.
21

22                                ORDER

The parties shall file a brief joint statement updating the court on
23 the progress of the settlement by 6/22/2012 unless a request for
24 IT IS SO ORDERED.   dismissal has been submitted prior to that date.

25 Date:  May 22, 2012              [signature]
26                                  THE HONORABLE EDWARD DAVILA,
                                    JUDGE OF THE U.S. DISTRICT COURT.

---
                                        2
STIPULATION & [PROPOSED] ORDER RE: EXT. SETTLEMENT                    [C09-00740 EJD]